476 A.2d 95

Murphy v. Prudential, Appellant.

Johnson v. Prudential, Appellant.

Argued February 2, 1984. Catherine N. Jasons, for appellant; Clayton H. Thomas, Jr., for appellees.

Before SPAETH, President Judge, and MONTEMURO and HOFFMAN, JJ.

Appeal quashed. Jurisdiction relinquished.

476 A.2d 95

Nutter, Appellant, v. Ins. Co. of N. America, et al.

Argued January 11, 1984. Allen L. Feingold, for appellant; Jeffrey A. Less, for appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Orders affirmed.